UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. KETTELLS,<br><br>                Petitioner,<br><br>   v.<br><br>U.S. PAROLE COMMISSION,<br>et al.<br><br>                Respondents. | Case No. CV 09-1669 SGL(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that Petitioner's request to dismiss this action is granted, and that this action is dismissed.

DATED: 3-30-09

_____
HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE